No. 663.   CROWE ET AL. *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   *Albert J. Krieger* and *Theodore Krieger* for petitioners.   *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 668.   TAYLOR *v.* MICHIGAN ET AL.   Supreme Court of Michigan.   Certiorari denied.   *Fred Roland Allaben* for petitioner.   *Frank J. Kelley,* Attorney General of Michigan, and *Robert A. Derengoski,* Solicitor General, for respondents.

No. 669.   ISELIN ET AL. *v.* MENG ET AL.   C. A. 5th Cir. Certiorari denied.   *L. Bryan Dabney* for petitioners.

No. 670.   HAUPTMAN, TRUSTEE IN BANKRUPTCY, *v.* DIRECTOR OF INTERNAL REVENUE ET AL.   C. A. 2d Cir. Certiorari denied.   *Harry H. Schutte* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *I. Henry Kutz* for respondents.

No. 671.   WAGNER, ADMINISTRATOR, *v.* FAWCETT PUBLICATIONS ET AL.   C. A. 7th Cir.   Certiorari denied. *Louis M. Marsh* for petitioner.   *Howard Ellis, Don H. Reuben, John E. Angle* and *Thomas A. Diskin* for Fawcett Publications, and *David B. Bartell* for T. D. Publishing Co., respondents.

No. 675.   RHODES *v.* HOUSTON ET AL.   C. A. 8th Cir. Certiorari denied.   Petitioner *pro se.   Clarence A. H. Meyer,* Attorney General of Nebraska, and *Robert A. Nelson,* Special Assistant Attorney General, for respondents.